IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM
GUAM



FILED
DISTRICT COURT OF GUAM
SEP 25 2013
JEANNE G. QUINATA
CLERK OF COURT

ROBERT REEDOM

PLAINTIFF

VS.

SABRA A. CRAPPELL AND *STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY* ET AL,
  DEFENDANTS

CIVIL ACTION NUMBER: 13-00021

COMPLAINT BASED UPON PERSONAL INJURY.

1. THIS IS A CIVIL ACTION SEEKING DAMAGES AGAINST THE DEFENDANT FOR COMMITTING PERSONAL HARM AND INJURY CAUSING BACK AND SPINAL INJURY

2. THE COURT HAS JURISDICTION SEVERE VIOLATIONS OF PERSONAL INJURY AND UNSAFE MEDICAL MALPRACTICE ENVIRONMENT.

3. THE PLAINTIFF, RESIDES AT:

   *ROBERT REEDOM*
   *1618 NECO TOWN ROAD*
   *NEW IBERIA, LOUISIAN 70560*

4. DEFENDANTS ARE NUMEROUS AND THEIR ADDRESSES ARE:

   SABRA A. CRAPPELL-1354 JULIA
   NEW IBERIA, LOUISIANA 70560

1

COMPLAINT FOR **FEDERAL** COURT

5. DEFENDANTS STATE FARM IS AN INSURANCE CONGLOMERATE AND A SUBSIDIARY AND THEIR ADDRESS IS: *STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY-ONE STATE FARM PLAZA-BLOOMINGTON, ILLINOIS 61710*

COUNT NUMBER 1

6. THE DEFENDANT IN AN ARBITRARY AND CAPRICIOUS WAY HAVE CONTRIBUTED TO THE PERSONAL INJURIES OF THE PLAINTIFF, ~~BROTHER~~ OF 1618 NECO TOWN ROAD-NEW IBERIA, LOUISIANA 70560 IN WHICH HE HAS SERIOUS BACK AND NECK INJURIES WHICH HAS MADE HIM DISABLED FOR LIFE. ROBERT REEDOM WAS INJURED ON APRIL 24, 2012 AS A RESULT OF GROSS NEGLIGENCE AND HIS LIFE HAS BEEN A NIGHTMARE EVER SENSE.

COUNT NUMBER 2

7. THE DEFENDANT IS IN SERIOUS VIOLATIONS OF STATE AND FEDERAL LAWS WHICH RELATED TO SERIOUS SPINAL AND BACK INJURIES AS THEY RELATE TO AUTOMOBILE ACCIDENTS AND INDIVIDUALS..

COUNT NUMBER 3

8. THE DEFENDANTS DELIBERATELY GROSS NEGLIGENCE IN NOT PROVIDING ADEQUATE CARE AND ASSISTANCE TO THE PLAINTIFF'S BROTHER WHO IS INJURED FOR LIFE..

COUNT NUMBER 4

2

COMPLAINT FOR FEDERAL COURT

*Robert*

9. THE DEFENDANT TOOK ADVANTAGE OF THE PLAINTIFF BECAUSE HE IS DISABLED AND THEY HAVE REFUSED TO PROVIDE THE PLAINTIFF ROBERT WITH AMPLE HEATH CARE ASSISTANCE HIM AMPLE ASSISTANCE WITH HIS SPINAL AND BACK CARE INJURIES WHICH WERE A RESULT OF THERE GROSS NEGLIGENCE IN NOT PROVIDING A PROPER CARE AND HEALTH CARE ENVIRONMENT.

COUNT NUMBER 5

10. THE DEFENDANTS HAS SHOWN TEY HAVE HAS NO INTENTIONS OF PROPERLY TAKING CARE OF THE PLAINTIFF'S ACCIDENT NEGLIGENCE ACCIDENT RELATED INJURIES AND HAVE CAUSE THE PLAINTIFF SEVERE MENTAL AND PHYSICAL STRESS IN THAT HE MAY NEVER BE ABLE TO PROPERLY WORK AND LIVE LIFE TO THE HIGH QUALITY STANDARDS THE HE ONCE LIVED..

TRIAL BY JURY :

JURY TRIAL REQUEST.

RELIEF REQUESTED

PLAINTIFF SEEKS JUDGMENT AS FOLLOWS:

A. DAMAGES IN THE AMOUNT OF 20,000,000 FOR THE MENTAL STRESS AND PHYSICAL PAIN WHICH THIS SITUATION HAS CAUSED, ROBERT REEDOM AND THE

3

COMPLAINT FOR FEDERAL COURT

REEDOM FAMILY..

RESPECTFULLY SUBMITTED:

*Robert Reedom*

*ROBERT REEDOM, PRO SE*
*1618 NECO TOWN ROAD*
*NEW IBERIA, LOUISIAN 70560*

4

COMPLAINT FOR **FEDERAL** COURT